UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-08446-SSC | Date: | December 11, 2025 |
| Title | Raquel Murrietta v. Bioverse Inc. | | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On September 5, 2025, Plaintiff Raquel Murrietta filed this civil action against Defendant Bioverse Inc. (ECF 1.) A summons was issued on September 22, 2025. (ECF 9.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id*. As stated, the complaint was filed on September 5, 2025, and, pursuant to Rule 4(m), the service deadline was December 4, 2025. The service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-08446-SSC                              Date: December 11, 2025

Title   Raquel Murrietta v. Bioverse Inc.

deadline has passed, and the Court has not received proof of service on the Defendant or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **December 19, 2025,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4. If Plaintiff files a proof of service by **December 19, 2025**, this order to show cause will automatically be discharged and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**

**IT IS SO ORDERED.**

                                                                              :
Initials of Preparer        **ts**